(November 14, 1955.)

In the Matter of Elizabeth W. Hall, Petitioner, against Neville T. G. Hall, Respondent. In the Matter of the Application of Neville T. G. Hall (Lance R. Hall, an Infant).—

Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

In the Matter of the Application of George S. Phesay, as Director of Probation, County of Nassau.—

Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.